UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 3DTHREEDESIGN, LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:24-CV-02627 <br><br> JUDGE JORGE L. ALONSO <br><br> MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 8, 2024 [56], in favor of the Plaintiff, 3DThreeDesign, LLC ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of counterfeit and infringing Dog Toothpaste Topper Copyrights in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| NO. | DEFENDANT |
|---|---|
| 136 | travel home |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:	February 21, 2025	Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***